AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

Twin Harbors Waterkeeper

*Plaintiff(s)*

v.　　　　　　　　　　　　　　Civil Action No. 3:23-cv-5798

Rognlin's Inc. (Equipment Shop)

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rognlin's Inc. (Equipment Shop)
100 East River Street
Aberdeen, WA 98520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
　　Marc Zemel
　　Meredith Crafton
　　Savannah Rose
　　Smith & Lowney PLLC
　　2317 East John Street
　　Seattle, WA 98112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/06/2023

*Signature of Clerk or Deputy Clerk*